Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jezen Canlas et al.,

    Plaintiff(s)

v.

Aircraft Service International, Inc. et al.,

    Defendant(s)

Case No. C 16-cv-02355-JSW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: February 1, 2017

Date: July 14, 2016

Signed: _____
Attorney for Plaintiff
Liberation Law Group, PC
by Bryan A. Robinson

Date: 7/14/16

Signed: _____
Attorney for Defendant

Print Form

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

*Jeffrey S. White*

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices:*
*"Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or*
*"Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 6-2016