UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEZEN CANLAS, et al.,<br>    Plaintiffs,<br>v.<br>AIRCRAFT SERVICE INTERNATIONAL, INC.,<br>    Defendant. | Case No. 16-cv-02355-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 15 |

The Court has received and considered the parties' joint case management statement, and it HEREBY CONTINUES the case management conference scheduled for July 29, 2016 to August 26, 2016 at 11:00 a.m. In the interim, the parties shall meet and confer and shall submit proposals for deadlines and briefing schedules relating to Defendant's anticipated motion for summary judgment and Plaintiff's anticipated motion for class certification. Similarly, if Plaintiffs determine they will move to transfer this action to the United States District Court for the Central District of California, they should also discuss a briefing schedule for a motion to transfer. If the parties are able to agree on a schedule, they may submit a stipulation and proposed order to the Court.

If the parties cannot reach agreement on those issues, they shall submit a revised case management statement by August 19, 2016, which sets forth their respective proposals and advises the Court as to why that proposal is preferable to their opponent's proposal.

In either event, the parties shall meet and confer further about the scope of any discovery on the issues to be raised by Defendant's motion for summary judgment and Plaintiff's motion for class certification and shall submit a revised case management conference statement that contains a more detailed discovery plan, which takes into account the recent amendments to the Federal

1  Rules of Civil Procedure.

2      Finally, the Court HEREBY ADVISES the parties that any discovery disputes must be
3  submitted by way of a joint letter brief.  *See* Judge White's Civil Standing Orders ¶ 8.  The Court
4  will not resolve discovery disputes based on arguments raised in a case management conference
5  statement.

6      **IT IS SO ORDERED.**

7  Dated: July 25, 2016

8  _____
   JEFFREY S. WHITE
9     United States District Judge